**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 03-6639**

─────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JAMES EDWARD THOMAS,

                              Defendant - Appellant.

─────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Richard L. Voorhees, District Judge.  (CR-97-299-3)

─────────

Submitted:  June 12, 2003            Decided:  June 20, 2003

─────────

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

James Edward Thomas, Appellant Pro Se.  Harry Thomas Church, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Edward Thomas appeals the district court's order denying his motion to compel the Government to show cause as to why it failed to file a Fed. R. Crim. P. 35 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Thomas, No. CR-97-299-3 (W.D.N.C. Apr. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED